JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD LEVINE,<br>    Plaintiff,<br><br>        v.<br><br>BANTER MEDIA GROUP, LLC,<br>    Defendant. | CV 21-4298 DSF (AGRx)<br><br>JUDGMENT |

The Court having granted a motion for entry of default judgment,

IT IS ORDERED AND ADJUDGED that Defendant Banter Media Group pay to Plaintiff Richard Levine $1,000 in damages and $519 in reasonable costs, along with post-judgment interest under 28 U.S.C. § 1961.

Date: November 8, 2021

_____
Dale S. Fischer
United States District Judge